# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN GRECO,<br><br>            Plaintiff,<br><br>vs.<br><br>AMERIPRISE AUTO & HOME INSURANCE AGENCY, INC.,<br><br>            Defendant. | Case No. 2:11-cv-00458-PMP-PAL<br><br>**ORDER** |

This matter is before the court on the parties' failure to file a Joint Status Report as required in Order (Dkt. #3) entered March 28, 2011, regarding removal of this case to federal district court. On April 8, 2011, Defendant filed a signed Statement (Dkt. #9) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a Joint Status Report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., May 19, 2011,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 5th day of May, 2011.

_____
Peggy A. Leen
United States Magistrate Judge